RE SUSPENSION OF CREDENTIALS OF CERTIFIED AND REGISTERED COURTROOM INTERPRETERS
2025 OK 18
Decided: 03/10/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 18, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

 

 

RE: Suspension of Credentials of Certified and Registered Courtroom Interpreters

ORDER

The Oklahoma Board of Examiners of Certified Courtroom Interpreters has recommended to the Supreme Court of the State of Oklahoma the suspension of the credentials of each of the Oklahoma Registered Courtroom Interpreter listed on the attached Exhibit for failure to comply with the annual certificate renewal requirements for 2025.

Pursuant to 20 O.S., Chapter 23, App. II, Rule 18(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date.

IT IS THEREFORE ORDERED that the credentials of each of the interpreters named on the attached Exhibit is hereby suspended effective February 15, 2025.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 10th day of MARCH, 2025.

/S/CHIEF JUSTICE

Rowe, C.J., Kuehn, V.C.J., Winchester, Edmondson, Combs, Gurich, Darby and Kane, JJ., concur.

 

 

Exhibit A

 
 
 
 Name
 
 
 Reason
 
 
 
 
 Maria Argueta
 
 
 2025 Renewal Fees
 
 
 
 
 Cynthia Armas
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Zonia Armstrong
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Eduardo Caballero
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Benjamin Davis
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Edgar Escalante
 
 
 2025 Renewal Fees and Form
 
 
 
 
 Juan Escobar
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Stephanie Faasch
 
 
 2024 Continuing Education and Form, 2025 Renewal Fees and Form
 
 
 
 
 Erica Garcia
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Ashlyn Kindschy
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Craig Klein
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Maria Martinez
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Francisca Padilla
 
 
 2024 Continuing Education and Form and 2025 Renewal Fees and Form
 
 
 
 
 Maria Rodriguez
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Carol Simmons
 
 
 2025 Renewal Form
 
 
 
 
 Aric Soule
 
 
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 
 
 Angel Vides
 
 
 2024 Continuing Education